In re REDMOND. (Supreme Court, Appellate Division, Fourth Department. May .10, 1904.) In the matter of the judicial settlement of the accounts of Thomas F. Redmond, as executor. No opinion. Order affirmed, with $10 costs and disbursements.

REED, Respondent, v. LIVERMORE, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Carl Reed against George Livermore, as surviving partner. No opinion. Order modified, by striking out that part thereof relating to the commission and to reading the same on the trial of the new issue, and, as so modified, affirmed, without costs of this appeal.

REICH v. COCHRAN et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Lorenz Reich against Eva S. Cochran and others.
PER CURIAM. Motion granted, both appeals to be argued together, with leave to plaintiff to bring on appeal for argument in the event that defendants are in default in service of case and exceptions, or in printing and filing printed papers on appeal.

In re REIDEL. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) In the matter of the application of Frank D. Reidel to lay out .a highway in the town of Islip, and the assessment of damages therefor. No opinion. Order of County Court of Suffolk county confirmed.

RICHARDS, Respondent, v. RAMSAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Alfred Richards against Malcom Ramsay. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROBERTS, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by James A. Roberts, as receiver, against Mary B. Wilson and another. No opinion. Judgment affirmed, with costs.

ROBINSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by William H. Robinson against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROBLEE, Appellant, v. MASONIC LIFE ASS'N OF WESTERN NEW YORK, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Minnie Roblee against Masonic Life Association of Western New York. No opinion. Judgment unanimously affirmed, with costs.

ROCHESTER TRUST & SAFE DEPOSIT CO., Respondent, v. TRUESDALE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by the Rochester Trust & Safe Deposit Company against George Truesdale. No opinion. Judgment affirmed, with costs.

ROSE v. WELLS. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Tobias L. Rose against Harrison Wells. No opinion. Motion denied.

ROSENFELD v. LANCASHIRE INS. CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Mortimer C. Rosenfeld against the Lancashire Insurance Company and others.
PER CURIAM. Decision modified, so as to read as follows, viz.: "Judgment and orders reversed, and new trials ordered, with costs to abide event, on the appeals from the judgments. No costs allowed on the appeal from the orders."

ROSENKRANTZ, Appellant, v. SILBERMAN, Respondent. (Supreme Court,.Appellate Division, First Department. May 6, 1904.) In the matter of Yetta Rosenkrantz against Leib Silberman. S. Horkimer, for appellant. L. Levene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SAACKE. (Supreme Court, Appellate Division, First Department. June 10, 1904.) In the matter of Charles W. Saacke. A. Boskowitz, for appellant. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SALTZMAN, Respondent, v. FRIEDMAN et al., Appellants. (Supreme Court, Appellate Term. May 5, 1904.) Action by Harry Saltzman against Harris Friedman and others. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendants appeal. Affirmed. Shapiro & Shapiro, for appellants. Henry Kuntz and Sigmund Horkimer, for respondent.
PER CURIAM. No point is made by appellants on plaintiff's branch of the case, and their contention relates solely to questions connected with the counterclaim interposed by them. They appear to be mostly questions of fact, which were properly submitted to the jury. The record discloses no errors in the admission of evidence or the charge of the court, and the verdict is sufficiently supported by the evidence. The judgment and order must be affirmed, with costs.

SAMPSON et al. v. OTTINGER et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Samuel J. Sampson and others against Marx Ottinger and others. No opinion. Motion denied, with $10 costs.